UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DANIEL D. CZLAPINSKI,

Plaintiff,

v.

WASHINGTON STATE DEPARTMENT OF
CORRECTIONS, *et al.*,

Defendants.

Case No. C26-5237-DGE-MLP

REPORT AND RECOMMENDATION

On March 6, 2026, Plaintiff submitted to this Court for filing a civil rights complaint under 42 U.S.C. § 1983 in which he appeared to allege that money was being improperly withdrawn from his inmate trust account by the Washington Department of Corrections. (*See* dkt. ## 1-2, 1-3.) Plaintiff submitted with his complaint an application to proceed with this action *in forma pauperis* ("IFP"). (Dkt. # 1.) However, Plaintiff failed to sign either his complaint or necessary portions of his IFP application as required by Rule 11(a) of the Federal Rules of Civil Procedure. Thus, on March 11, 2026, the Clerk sent Plaintiff a letter advising him that his submission was deficient and explaining that he would have to correct the noted deficiencies by April 10, 2026, or risk dismissal of this action. (Dkt. # 4.)

REPORT AND RECOMMENDATION - 1

To date, Plaintiff has not corrected the deficiencies identified by the Clerk, despite having been afforded ample time to do so. Accordingly, this Court recommends the instant action be dismissed for failure to prosecute. A proposed Order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **fourteen (14) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar **fourteen (14) days** after they are filed. Responses to objections may be filed by **the day before the noting date**. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **June 4, 2026**.

DATED this 14th day of May, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2